# Court of Appeals of the State of Georgia

ATLANTA,  February 26, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0207. ROBB BAKER v. THE STATE.**

After a jury trial, Robb Wayne Baker was convicted of battery-family violence and sentenced to 12 months with 60 days to serve. Several months later, Baker filed a motion for out-of-time appeal, which the trial court denied. He then filed this timely application for discretionary appeal. The trial court's order, however, appears to be directly appealable.

The denial of a motion for out-of-time appeal is directly appealable when the conviction at issue has not been the subject of a direct appeal. See *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010), overruled in part on other grounds by *Collier v. State*, 307 Ga. 363 (834 SE2d 769) (2019); *Lunsford v. State*, 237 Ga. App. 696, 696 (515 SE2d 198) (1999). Further, no provision of OCGA § 5-6-35 (a), the discretionary-appeal statute, appears to apply to this case.

We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Baker shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the trial court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>02/26/2021</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*